# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

LORI AMARAL,

      Plaintiff,

  v.

FRESENIUS MEDICAL CARE HOLDINGS, INC. et al.

      Defendants.

No. 1:17-cv-0074-M

## DISMISSAL STIPULATION

    Plaintiff and all defendants agree that the Complaint may be dismissed with prejudice.

No fees or costs awarded.

| | |
|---|---|
| */s/ Mark B. Morse* | */s/ Brooks R. Magratten* |
| Mark B. Morse | Brooks R. Magratten (BBO# 650393) |
| Law Office of Mark B. Morse, LLC | PIERCE ATWOOD LLP |
| 420 Angell Street, Suite 2 | 72 Pine Street |
| Providence, RI 02906 | Providence, RI 02903 |
| (401) 831-0555 | (401) 490-3422 |
| (401) 273-0937 (fax) | (401) 588-5166 (fax) |
| mark@morselawoffice.com | bmagratten@pierceatwood.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

Date:  September 29, 2017

## CERTIFICATE OF SERVICE

    I hereby certify that this document was electronically filed with the clerk of the court on September 29, 2017, and that it is available for viewing and downloading from the Court's ECF system.  Service by electronic means has been effectuated on all counsel of record.

                                              */s/ Brooks R. Magratten*

{W6357267.1}